Case No. 3:26MJ5449

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Mark B. Hoffert, a Special Agent (SA) with Homeland Security Investigations (HSI), being first duly sworn, hereby depose and state as follows:

1. I am a SA with HSI and have been employed in this capacity since January 2019. As part of my duties as an HSI SA, I investigate criminal violations relating to violations of immigration laws.

2. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7) and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

3. I make this affidavit in support of a criminal complaint against Javier GONZALEZ-RAMOS. The facts in this affidavit come from my personal observations, training, experience, and information obtained from other law enforcement agents.

4. Because this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I have not included every fact known concerning this investigation. I have set forth only those facts I believe necessary to establish probable cause that GONZALEZ-RAMOS has committed a violation of 8 U.S.C. § 1326 – Illegal Reentry.

5. On November 3, 2026, GONZALEZ-RAMOS was found to be a passenger in a motor vehicle that had been stopped by law enforcement in the City of Toledo. During the traffic stop he provided law enforcement with a Mexican driver's license bearing his name and photo. GONZALEZ-RAMOS was not in possession of valid immigration documents allowing him to be or remain in the United States legally.

6. A review of immigration databases showed that on March 2, 2010, GONZALEZ-RAMOS was ordered removed by an Immigration Judge, Steven M. Rule, Executive Office of

Immigration Review, El Paso, Texas. On February 19, 2011, GONZALEZ-RAMOS was removed from the United States through the departure port of Calexico, California to Mexico.

7. A search of these same databases did not show that GONZALEZ-RAMOS had applied for nor received permission from the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202 (3), (4) and (557)) to reenter the United States.

8. Based on the information contained in this affidavit, I believe probable cause exists that on November 3, 2026, in the Northern District of Ohio, Western Division, Javier GONZALEZ-RAMOS committed a violation of 8 U.S.C. § 1326 – Illegal Reentry.

Respectfully submitted,

HSI SA Mark Hoffert

Sworn to via telephone on this 4th day of November, 2026
after submission by reliable electronic means.
Fed.R.Crim.P.4.1 and 41(d)(3).

DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE